Certificate Number: 06531-PAW-DE-031037900

Bankruptcy Case Number: 18-12066



06531-PAW-DE-031037900

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 15, 2018, at 8:13 o'clock PM CDT, Thomas M Keiper Jr completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: May 15, 2018            By:    /s/Lori A Danburg

                              Name:  Lori A Danburg

                              Title: Credit Counselor