# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Thomas M. Keiper Jr. aka Thomas M. Keiper<br>Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>Movant<br>vs.<br>Thomas M. Keiper Jr. aka Thomas M. Keiper<br>Debtor(s) | NO. 18-12066 ref |
| Lynn E. Feldman<br>Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to exercise its rights relating to the 2017 TOYOTA COROLLA, VIN: 2T1BURHE3HC799596.

**Date: June 6, 2018**

_____
United States Bankruptcy Judge.