United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-12066-ref
Thomas M. Keiper, Jr.                                                           Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith            Page 1 of 1          Date Rcvd: Jun 06, 2018
                             Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db             +Thomas M. Keiper, Jr.,   240 Rock Street,   Apt. B,   Easton, PA 18042-7234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
          SCOTT M. WILHELM    on behalf of Debtor Thomas M. Keiper, Jr. AshleyA@wwgrlaw.com,
           G27019@notify.cincompass.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Thomas M. Keiper Jr. aka Thomas M. Keiper<br>Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>Movant<br>vs. | NO. 18-12066 ref |
| Thomas M. Keiper Jr. aka Thomas M. Keiper<br>Debtor(s) | |
| Lynn E. Feldman<br>Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to exercise its rights relating to the 2017 TOYOTA COROLLA, VIN: 2T1BURHE3HC799596.

**Date: June 6, 2018**

_____
United States Bankruptcy Judge.